# Exhibit 1

# VIRGINIA BEACH CITY
### Office of Voter Registration
PO Box 6247
Virginia Beach, VA 23456-0247

| | |
|---|---|
| E-mail: voter@vbgov.com | Phone: 757-385-8683 |
| Website: https://voter.virginiabeach.gov/ | Fax: 757-385-5632 |

TO:  DATE: 8/26/2024

## NOTICE OF INTENT TO CANCEL

We have received information that you indicated on a recent DMV application that you are not a citizen of the United States. If the information provided was correct, you are not eligible to register to vote. If the information is incorrect and you are a citizen of the United States, please complete the Affirmation of Citizenship form and return it using the enclosed envelope. If you do not respond within 14 days, you will be removed from the list of registered voters.

If you believe this notice has been issued in error or have any questions about this notification, please call the Office of General Registrar.

*Christine Lewis*

**CHRISTINE LEWIS**
General Registrar
City of Virginia Beach

Cancel-ELECT410.1

# COMMONWEALTH OF VIRGINIA
# AFFIRMATION OF CITIZENSHIP
§ 24.2-410.1 of the Code of Virginia

**SUBJECT TO PENALTY OF LAW, I DO HEREBY AFFIRM THAT I AM A CITIZEN OF THE UNITED STATES OF AMERICA**

SIGNATURE OF VOTER

PRINTED NAME OF VOTER:

Date of birth:

| Current address: | Street/P.O. Box/Apt.# |
| | City/Town/State/Zip |
| Mailing address [if different]: | Street/P.O. Box/Apt.# |
| | City/Town/State/Zip |

Daytime telephone number:

Email address:

> **INTENTIONALLY MAKING A MATERIALLY FALSE STATEMENT ON THIS FORM IS A FELONY. THE PUNISHMENT IS UP TO TEN YEARS IN PRISON AND A FINE UP TO $2,500. YOU ALSO LOSE YOUR RIGHT TO VOTE.**

IF YOU ARE A CITIZEN, PLEASE RETURN COMPLETED FORM TO:

**City of Virginia Beach**
Office of Voter Registration
PO Box 6247
Virginia Beach, VA 23456-0247

ELECT-410.1