# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-01807 |
| Commonwealth of Virginia et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America.

Date: 10/11/2024

/s/ Brian Remlinger
*Attorney's signature*

Brian Remlinger, D.C. Bar No. 1765728
*Printed name and bar number*

950 Pennsylvania Avenue, N.W
Washington, D.C. 20530
*Address*

brian.remlinger@usdoj.gov
*E-mail address*

(202) 717-4154
*Telephone number*

*FAX number*