# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS; and SUSAN BEALS, in her official capacity as Commissioner of Elections, <br><br> Defendants. | Case No. 24-cv-01807 |

## NOTICE

Pursuant to Local Rule 7(E), Plaintiff United States of America ("United States") respectfully notifies the Court that the United States believes that its opposed Motion for Preliminary Injunction (ECF 9) does not require oral argument and, due to the time sensitivities, the Court may wish to proceed without oral argument. It also notes that a motion hearing has been set for 10:00 am on October 24, 2024, in case No. 1:24-cv-1778, *Virginia Coalition for Immigrant Rights et al. v. Beals et al.*, which concerns in part substantially similar claims as to Virginia's violation of the Quiet Period Provision as the United States makes in its Complaint and Motion for Preliminary Injunction. If that hearing proceeds, the United States requests to present argument at that time. Defendants' position on the hearing is that it is premature before adjudication of Defendants' forthcoming Motion to Transfer Division.

Date: October 16, 2024

| | |
|---|---|
| KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division | JESSICA D. ABER<br>United States Attorney<br>Eastern District of Virginia |
| */s/ Sejal Jhaveri*<br>R. TAMAR HAGLER<br>RICHARD A. DELLHEIM<br>SEJAL JHAVERI<br>KEVIN MUENCH<br>BRIAN REMLINGER<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W<br>Washington, D.C. 20530<br>(202) 305-5451<br>Sejal.Jhaveri@usdoj.gov | */s/ Steven Gordon*<br>STEVEN GORDON<br>Assistant United States Attorney<br>United States Attorney's Office<br>Eastern District of Virginia<br>2100 Jamieson Ave.<br>Alexandria, VA 22314<br>(703) 299-3817<br>Steve.Gordon@usdoj.gov |
| | CHRISTOPHER R. KAVANAUGH<br>United States Attorney<br>Western District of Virginia |
| | */s/ Christopher R. Kavanaugh*<br>United States Attorney<br>United States Attorney's Office<br>Western District of Virginia<br>255 West Main Street<br>Charlottesville, VA 22902<br>(434) 293-4283<br>Christopher.Kavanaugh@usdoj.gov |

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 16, 2024, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of this filing to counsel of record.  I will send counsel for the state defendants this filing via email.

               */s/ Sejal Jhaveri*
               Sejal Jhaveri
               Civil Rights Division
               U.S. Department of Justice
               950 Pennsylvania Ave, NW
               Washington, DC 20530
               (202) 305-5451
               Sejal.Jhaveri@usdoj.gov